IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY PRATER

    Plaintiff

v.

FEDEX CORPORATE SERVICES, INC.,

    Defendant

CASE NUMBER 1:07CV00022

JUDGE: Reggie B. Walton

DECK TYPE: Employment Discrimination

DATE STAMP: 01/4/2007

## DISCLOSURE STATEMENT REGARDING PUBLICLY HELD PARENT CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1 and local rule 7.1, Defendant FedEx Corporate Services, Inc. states that its parent corporation, FedEx Corporation, owns 10% or more of the stock of Defendant FedEx Corporate Services, Inc. FedEx Corporation is a publicly held corporation. No other parents, subsidies, and/or affiliates have issued shares to the public.

Respectfully submitted,

Edward J. Efkeman
D.C. Bar #479545
Senior Counsel
FedEx legal department
3620 Hacks Cross Road
Bldg. B, 3rd Floor
Memphis, Tennessee 38125
(901) 434-8555
(901) 434-9271 Fax

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via FedEx Overnight Delivery, postage prepaid, to:

> Mindy O. Farber
> Jason O. Keene
> Farber Legal, LLC
> 1300 Rockville Pike
> Suite 808
> Rockville, MD 20852
> (301) 881-6800
> (301) 770-3927 – FAX

on this 3rd day of January, 2007.

627478