IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ANTHONY PRATER**

    **Plaintiff**　　　　　　　　　　　　　Case No. <u>1:O7CV00022 RBW</u>

**v.**

**FEDEX CORPORATE SERVICES, INC.,**
    **Defendant**

---

### MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL E. GABEL

COMES NOW Defendant, FedEx Corporate Services, Inc., ("FedEx Services"), and files this motion by Edward Efkeman ("Movant"), requesting permission for Michael E. Gabel to Appear Pro Hac Vice, and in support thereof would respectfully show the Court as follows:

1. Movant is a practicing attorney and a member in good standing of the bar of this Court; and,

2. Movant finds the nonresident attorney to be a reputable attorney and recommends the nonresident attorney be permitted to practice in this proceeding before the Court; and

3. This Motion is accompanied by Michael E. Gabel's Declaration in Support of this Motion.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court grant the Motion for Michael E. Gabel to Appear Pro Hac Vice in this matter.

>Respectfully submitted,
>
>_s/Edward J. Efkeman_____
>Edward J. Efkeman (D.C. Bar #479545)
>Michael E. Gabel  (pro hac vice pending)
>Federal Express Corporation
>3620 Hacks Cross Road
>Bldg. B, 3rd Floor
>Memphis, Tennessee  38125
>(901) 434-8555
>(901) 434-9271 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on the counsel below via Federal Express Overnight this the 16th day of January, 2007.

> Mindy O. Farber
> Jason O. Keene
> Farber Legal, LLC
> 1300 Rockville Pike
> Suite 808
> Rockville, MD  20852
> (301) 881-6800
> (301) 770-3927 – FAX

                                                              _s/Edward J. Efkeman_____

dcw/628092

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ANTHONY PRATER**

    **Plaintiff**　　　　　　　　　　　　　　　Case No. <u>**1:07CV0022 RBW**</u>

v.

**FEDEX CORPORATE SERVICES, INC.,**
    **Defendant**

---

### DECLARATION OF MICHAEL E. GABEL IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

COMES NOW Michael E. Gabel, and submits this Declaration in Support of Defendant, FedEx Corporate Services, Inc. ("FedEx Services") Motion for Pro Hac Vice Admission of Michael E. Gabel.

1.    Declarant's full name is Michael Edwin Gabel.

2.    Declarant's office address is 3620 Hacks Cross Road, Building B., 2nd Floor, Memphis, Tennessee 38125.  Declarant's telephone number is (901) 434-0016.

3.    Since September 1996, Declarant has a member in good standing of the Bar of the State of Alabama.  Since December, 2003, Declarant has been and presently is a member in good standing of the bar of the State of Tennessee, where Applicant regularly practices law.  Applicant's bar license number is TN 023152.

4.    Declarant has also been admitted to practice before the following courts:

| **Court:** | **Admission Date:** |
|---|---|
| U.S.D.C. Middle District of Alabama | September 1996 |
| U.S.D.C. Northern District of Alabama | 1997 |

| Court: | Admission Date: |
|---|---|
| U.S.D.C. Southern District of Alabama | August 1998 |
| U.S.D.C. Western District of Michigan | November 2003 |
| U.S.D.C. Eastern District of Michigan | March 2004 |
| U.S.D.C. Northern District of Florida | June 2004 |
| U.S.D.C. Western District of Tennessee | January 2005 |
| U.S.D.C. Western District of Pennsylvania | April 2005 |
| Eleventh Circuit Court of Appeals | September 2002 |
| Fourth Circuit Court of Appeals | January 2004 |
| Sixth Circuit Court of Appeals | June 2004 |
| Fifth Circuit Court of Appeals | March 2005 |
| Supreme Court of the United States | April 2006 |

5. Declarant has not been disciplined by any bar.

6. Declarant has never been admitted *pro hac vice* in this Court.

7. Declarant does not engage in the practice of law from an office located in the District of Columbia.

8. Declarant is familiar with the Local Rules of this Court and other materials set forth in Rules LcvR 83.8(b) and LcvR 83.9(a).

The foregoing is true and correct to the best of my knowledge.

                                                Michael E. Gabel

Sworn to and subscribed before me this 10th day of January, 2007.

                                                Notary Public

My commission expires:

MY COMMISSION EXPIRES OCT. 19, 2008

dcw/628203

2