UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 1 3 2007

ANTHONY PRATER

Plaintiff

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.

Civil Action No. 07-22 (RBW)

FED EX CORPORATE SERVICES, INC.

Defendant.

## CONSENT MOTION FOR A CONTINUANCE

Plaintiff, Anthony Prater, by and through undersigned counsel, respectfully moves this Court for a continuance of the initial scheduling hearing conference now scheduled for May 11, 2007 at 10:30 a.m. In support thereof, he states as follows:

1. Mr. Prater's attorneys' have an EEOC hearing that is scheduled for the same day. In accordance with the Court's General Order and Guidelines for Civil Cases ("Order"), we believe that this conflict is sufficient good cause for requesting the continuance.

2. Mr. Prater's attorneys requested opposing counsel's consent to this motion. Opposing counsel graciously consented.

3. In accordance with the Court's General Order and Guidelines for Civil Cases, the parties agreed to present the Court with these four proposed alternative dates: (a) May 14, 2007, 10:00 a.m.; (b) May 4, 2007, 10:00 a.m.; (c) May 1, 2007, 10:00 a.m.; (d) April 30, 2007, 10:00 a.m.

4. Plaintiff hereby moves to continue the conference until May 14, 2007. The grant of the Motion will not prejudice any party because the matter is in the preliminary stages and discovery has not yet commenced.

1

WHEREFORE for these reasons, Mr. Prater respectfully requests that the Court grant their motion for a continuance and reschedule the initial scheduling conference.

Respectfully submitted,

FARBER LEGAL, LLC

Mindy G. Farber
Jason O. Keene
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
(301) 881-6800
Facsimile (301) 770-3927

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this $\underline{11}^{th}$ day of April 2007, a true and correct copy of the

foregoing Consent Motion for a Continuance was sent by facsimile and served by first-

class mail on the following:

> Edward Efkman
> Federal Express Corporation
> 3620 Hacks Cross Road
> Third Floor, Building B
> Memphis, Tennessee
> 38125-8800
>
> Facsimile: (901) 434-8555

_____
Jason Okera Keene

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTHONY PRATER

        Plaintiff

        v.                            Civil Action No. 07-22 (RBW)

FED EX CORPORATE SERVICES, INC.

        Defendant.

## ORDER

Upon consideration of the consent motion, it is, on the ___ day

of_____, 2007, hereby ORDERED that the motion be, and hereby is, GRANTED.


In accordance therewith, the initial scheduling conference in this matter shall

be rescheduled for _____.


_____

Judge, United States District Court


Copies to:

| | |
|---|---|
| Edward Efkman | Mindy G. Farber |
| Federal Express Corporation | Farber Legal, LLC |
| 3620 Hacks Cross Road | One Central Plaza, Suite 808 |
| Third Floor, Building B | 11300 Rockville Pike |
| Memphis, Tennessee 38125-8800 | Rockville, Maryland 20852 |

4