UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>FEDEX CORPORATE SERVICES, )<br>INC. )<br>)<br>　　　　Defendant. )<br>_____) | Civil Action No. 07-22 (RBW) |

## SCHEDULING ORDER

In accordance with the Court's oral orders issued during the scheduling conference held on May 18, 2007, it is hereby

**ORDERED** that this matter is assigned to the Court's Standard Track.

**ORDERED** that the parties shall provide initial disclosures by May 21, 2007.

**ORDERED** that factual discovery in this matter shall close on October 31, 2007.

**ORDERED** that expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be produced by the proponent of the expert on or before October 31, 2007. The opponent of the expert shall produce its rebuttal reports on or before November 20, 2007. It is further

**ORDERED** that expert discovery in this matter shall close on December 15, 2007.

**ORDERED** that this matter shall be referred to Mediation Program for the purpose of settlement discussions commencing on November 1, 2007, and concluding on January 11, 2008. Counsel and the parties, including representatives with

settlement authority, shall attend each mediation session.[1]

**ORDERED** that dispositive motions, if any, shall be filed on or before February 8, 2008; responses shall be filed on or before March 7, 2008; and replies shall be filed on or before March 21, 2008.

**ORDERED** that a pretrial conference shall be held on June 20, 2008 at 9:30 a.m.[2]

**ORDERED** that this schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court.  Fed. R. Civ. P. Rule 16(b); LCvR 16.4(b); see also Olgyay v. Society for Environmental Graphic Design, Inc., 169 F.R.D. 219, 219-20 (D.D.C. 1996).

**SO ORDERED** on this 21st day of May, 2007.


REGGIE B. WALTON
United States District Judge

---

[1] A copy of this Order shall be furnished to the Circuit Executive who shall designate a mediator at the close of discovery.

[2] An Order for Pretrial Conference is being filed contemporaneously herewith.