UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Acton No. 07-22 (RBW) |
| ) | |
| FEDEX CORPORATE SERVICES, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY

Plaintiff, Anthony Prater ("Mr. Prater"), by and through his undersigned counsel, and Defendant, FedEx Corporate Services, Inc. ("defendant"), by and through its undersigned counsel, submit this joint motion to extend the time to complete discovery, and in support thereof state as follows:

1. On or about May 21, 2007, this Court issued a scheduling order in the instant matter which sets, *inter alia*, the dates for the close of factual and expert discovery for October 31, 2007 and December 15, 2007, respectively.

2. Defendant's counsel is currently preparing for a trial that begins on September 24, 2007 in the United States District Court for the Western District of Tennessee (Lowery v. Federal Express Corporation, Civil Action No. 02-2056 DV).

3. Because defendant's counsel will be occupied during the entire month of September with the Lowery matter, his ability to participate in the instant matter will be severely limited. Accordingly, both parties' counsel seek an additional 30 days in which to conduct discovery.

4. An additional 30 days will allow both parties time to conduct full discovery, including the service of any supplemental interrogatories and/or request for production of documents, the scheduling and taking of depositions, and the issuance of subpoenas.

5. Counsel for both parties propose the following deadlines for discovery:

| | |
|---|---|
| Factual discovery closes | 11/30/07 |
| Rule 26(a)(2) expert reports produced by proponent of expert | 11/30/07 |
| Rule 26(a)(2) expert reports produced by opponent of expert | 12/20/07 |
| Expert discovery closes | 1/15/08 |

6. The proposed changes will not affect either the deadline for dispositive motions or the date of the pretrial conference, which is set for June 20, 2008 at 9:30 a.m.

7. On April 13, 2007, Mr. Prater's counsel filed a Consent Motion for a Continuance of the initial scheduling conference, which this Court granted on April 20, 2007. This was the only previous extension of time granted to either party.

8. Neither party faces prejudice if the Court extends the deadlines for discovery as proposed by the parties.

WHEREFORE for these reasons, the undersigned respectfully requests that this Court grant the foregoing joint motion to extend the time to complete discovery according to the dates proposed in the instant motion.

Respectfully submitted,

_____Mindy G. Farber_____
Mindy G. Farber (D.C. Bar #375104)
Farber Legal, LLC
11300 Rockville Pike, Suite 808
Rockville, Maryland 20852
Ph. (301) 881-6800
Fx. (301) 770-3927
*Counsel for Plaintiff*

        <u>　　　　Michael E. Gabel　　　　</u>
Michael E. Gabel (pro hac vice)
Edward J. Efkeman (D.C. Bar #479545)
FedEx Legal Department
3620 Hacks Cross Road
Bldg. B, 2nd Floor
Memphis, Tennessee 38125
Ph. (901) 434-8600
Fx. (901) 434-4523
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Acton No. 07-22 (RBW) |
| ) | |
| FEDEX CORPORATE SERVICES, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the joint motion to extend time to complete discovery, it is on this

_____ day of _____, 2007,

ORDERED, that the joint motion to extend time to complete discovery is GRANTED, and it is further

ORDERED, that this Court will adopt the dates requested in the joint motion.

_____
Reggie B. Walton
United States District Court Judge,
United States District Court for the
District of Columbia

Copies to:

Edward Efkeman
Federal Express Corporation
3620 Hacks Cross Road
Bldg. B, Third Floor
Memphis, TN  38125

Mindy G. Farber
Farber Legal, LLC
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, MD  20852