IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00022 (RBW) |
| ) | |
| FED EX CORPORATE SERVS., INC., ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO EXTEND SCHEDULING ORDER**

Plaintiff, Anthony Prater, by and through Mindy G. Farber, Smruti V. Radkar, and Farber Legal, LLC, and pursuant to Fed. R. Civ. P. 16(b) and LCvR 16.4(b), respectfully moves this Court to extend the scheduling order's dates, and in support thereof states as follows:

1. On December 5, 2006, Mr. Prater filed a complaint alleging discrimination based on race, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-1 *et seq.* in the Superior Court of the District of Columbia.

2. On January 3, 2007, defendant filed a Notice of Removal to this Court.

3. On January 4, 2007, defendant filed an answer to the complaint.

4. On May 21, 2007, this Court issued a scheduling order, with the upcoming discovery deadlines as follows:

| | |
|---|---|
| Factual Discovery Closes | 10/31/07 |
| Proponent Expert Reports | 10/31/07 |
| Rebuttal Reports | 11/20/07 |
| Expert Discovery Closes | 12/15/07 |
| Mediation | 11/1/07-1/11/08 |

| | |
|---|---|
| Dispositive Motions Deadline | 2/8/08 |
| Responses to Dispositive Motions | 3/7/08 |
| Reply to Response | 3/21/08 |
| Motions *in limine* | 5/31/08 |
| Opposition to Motions *in limine* | 6/5/08 |
| Joint Pre-trial Statement | 6/9/08 |
| Reply to Motions *in limine* | 6/10/08 |
| Pretrial Conference | 6/20/08 |

5.      Since the Court issued the scheduling order, the associate primarily working on Mr. Prater's case is no longer with the firm. Counsel for Mr. Prater therefore requires additional time for another attorney in the firm to review the file as well as the voluminous documents exchanged through discovery requests.

6.      Plaintiff's counsel proposes the following deadlines for the remainder of the scheduling order:

| | |
|---|---|
| Factual Discovery Closes | 3/17/08 |
| Proponent Expert Reports | 3/17/08 |
| Rebuttal Reports | 4/7/08 |
| Expert Discovery Closes | 5/2/08 |
| Mediation | 3/18/08 – 6/30/08 |
| Dispositive Motions Deadline | 6/30/08 |
| Responses to Dispositive Motions | 7/28/08 |
| Reply to Response | 8/11/08 |
| Motions *in limine* | 10/21/08 |
| Opposition to Motions *in limine* | 10/27/08 |
| Joint Pre-trial Statement | 10/31/08 |

Reply to Motions *in limine* 11/3/08

Pretrial Conference 11/11/08

7. If the Court extends the scheduling order, both plaintiff and defendant will have sufficient time to take depositions of witnesses involved in this matter. Moreover, each party will have ample time to review discovery to determine whether additional responses will be required.

8. Both parties agree to extend the scheduling order with the above dates; each agrees that neither party faces prejudice if the Court extends the scheduling order deadlines as indicated, especially since the Court has not yet set a trial date.

WHEREFORE for these reasons, the undersigned respectfully requests that this Court grant the foregoing consent motion to extend the scheduling order according to the dates proposed in the instant motion.

Respectfully submitted,

FARBER LEGAL, LLC

/s/
Mindy G. Farber (Bar No. 375104)
Smruti V. Radkar
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
Ph. (301) 881-6800
Fx. (301) 770-3927

***Counsel for Plaintiff***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY PRATER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00022 (RBW) |
| ) | |
| FED EX CORPORATE SERVS., INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the consent motion to extend the scheduling order, it is

this _____ day of _____ 2007,

ORDERED, that the consent motion to extend the scheduling order is

GRANTED, and it is further

ORDERED, that this Court will adopt the dates requested in the consent motion.

_____
Judge Reggie B. Walton
United States District Court for the
    District of Columbia