IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY PRATER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-CV-00022 (RBW) |
| | ) | |
| FED EX CORPORATE SERVS., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff, Anthony Prater, by and through Mindy G. Farber, and Farber Legal, LLC, with the consent of defendant and counsel for defendant, and pursuant to Fed. R. Civ. P. 16(b) and LCvR 16.4(b), respectfully moves this Court to extend the scheduling order's dates, and in support thereof states as follows:

1. On December 5, 2006, Mr. Prater filed a complaint alleging discrimination based on race, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-1 *et seq.* in the Superior Court of the District of Columbia.

2. On January 3, 2007, defendant filed a Notice of Removal to this Court.

3. On January 4, 2007, defendant filed an answer to the complaint.

4. On May 21, 2007, this Court issued a scheduling order with discovery deadlines as follows:

| | |
|---|---|
| Factual Discovery Closes | 10/31/07 |
| Proponent Expert Reports | 10/31/07 |
| Rebuttal Reports | 11/20/07 |
| Expert Discovery Closes | 12/15/07 |
| Mediation | 11/1/07-1/11/08 |

| | |
|---|---|
| Dispositive Motions Deadline | 2/8/08 |
| Responses to Dispositive Motions | 3/7/08 |
| Reply to Response | 3/21/08 |
| Motions *in limine* | 5/31/08 |
| Opposition to Motions *in limine* | 6/5/08 |
| Joint Pre-trial Statement | 6/9/08 |
| Reply to Motions *in limine* | 6/10/08 |
| Pretrial Conference | 6/20/08 |

5. By consent motion the parties agreed to the following deadlines:

| | |
|---|---|
| Factual Discovery Closes | 3/17/08 |
| Proponent Expert Reports | 3/17/08 |
| Rebuttal Reports | 4/7/08 |
| Expert Discovery Closes | 5/2/08 |
| Mediation | 3/18/08 – 6/30/08 |
| Dispositive Motions Deadline | 6/30/08 |
| Responses to Dispositive Motions | 7/28/08 |
| Reply to Response | 8/11/08 |
| Motions *in limine* | 10/21/08 |
| Opposition to Motions *in limine* | 10/27/08 |
| Joint Pre-trial Statement | 10/31/08 |
| Reply to Motions *in limine* | 11/3/08 |
| Pretrial Conference | 11/11/08 |

6. Counsel for plaintiff, Mindy G. Farber, has just had serious thyroid surgery and is trying to regain her voice. Because she cannot engage in depositions at this time, both parties agree to extending the close of discovery to April 25, 2008.

7. If the Court extends the scheduling order, both plaintiff and defendant will have sufficient time to take depositions of witnesses involved in this matter. Moreover, each party will have ample time to review discovery to determine whether additional responses will be required.

8. Both parties agree to extend the scheduling order with the above dates; each agrees that neither party faces prejudice if the Court extends the scheduling order deadlines as indicated, especially since the Court has not yet set a trial date.

WHEREFORE for these reasons, the undersigned respectfully requests that this Court grant the foregoing consent motion to extend the scheduling order according to the dates proposed in the instant motion.

Respectfully submitted,

FARBER LEGAL, LLC

_____/s/_____
Mindy G. Farber (Bar No. 375104)
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
Ph. (301) 881-6800
Fx. (301) 770-3927

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00022 (RBW) |
| ) | |
| FED EX CORPORATE SERVS., INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the consent motion to extend the scheduling order, it is this _____ day of _____ 2008,

ORDERED, that the consent motion to extend the scheduling order is GRANTED, and it is further

ORDERED, that this Court will adopt the dates requested in the consent motion, and it is further

ORDERED, that this Court will extend the discovery schedule to April 25, 2008.

Judge Reggie B. Walton
United States District Court for the
District of Columbia