# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY PRATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00022 (RBW) |
| ) | |
| FEDEX CORPORATE SERVICES., INC., ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION TO EXTEND EXPERT DEADLINES

Defendant, FedEx Corporate Services, Inc. ("FedEx Services"), pursuant to Fed. R. Civ. P. 16(b) and L.Cv.R 16.4, respectfully moves this Court to extend the deadlines for expert reports and expert discovery in this matter by 45 days, and in support thereof states as follows:

1. The current deadline for proponent expert reports in this matter is March 17, 2008. Defendant has contacted a vocational expert to render an opinion regarding the Plaintiff's efforts to mitigate his alleged damages. The vocational expert would like to meet with Plaintiff to discuss Plaintiff's background and qualifications. Plaintiff is willing to meet with the expert, but the parties need additional time to schedule the meeting.

2. The current expert deadlines in this matter are as follows:

    Proponent Expert Reports          3/17/08

    Rebuttal Reports                  4/7/08

    Expert Discovery Closes           5/2/08

3. Defendant proposes a 45 day extension of these deadlines, as follows:

    Proponent Expert Reports          5/1/08

    Rebuttal Reports                  5/22/08

      Expert Discovery Closes        6/16/08

4. The parties do not request any other change to the Court's schedule for this matter, which will continue to have the following deadlines:

| | |
|---|---|
| Factual Discovery Closes | 4/25/08 |
| Mediation | 3/18/08 – 6/30/08 |
| Dispositive Motions Deadline | 6/30/08 |
| Responses to Dispositive Motions | 7/28/08 |
| Reply to Response | 8/11/08 |
| Motions *in limine* | 10/21/08 |
| Opposition to Motions *in limine* | 10/27/08 |
| Joint Pre-trial Statement | 10/31/08 |
| Reply to Motions *in limine* | 11/3/08 |
| Pretrial Conference | 11/11/08 |

5. Plaintiff does not oppose this requested extension. Neither party should be prejudiced by this extension, as it allows sufficient time for rebuttal experts or discovery regarding expert opinions, and it does not impact the other existing deadlines for this matter.

      WHEREFORE for these reasons, the undersigned respectfully requests that this Court grant the foregoing consent motion to extend the scheduling order and extend expert deadlines by 45 days.

Respectfully submitted,
  s/Michael E. Gabel
Michael E. Gabel  (pro hac vice)
Edward J. Efkeman (D.C. Bar #479545)
FedEx legal department
3620 Hacks Cross Road
Bldg. B, 2nd Floor
Memphis, Tennessee  38125
(901) 434-8600
(901) 434-4523 Fax

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading has been served via the Court's e-filing notification, to:

> Mindy O. Farber
> Farber Legal, LLC
> 1300 Rockville Pike
> Suite 808
> Rockville, MD  20852
> (301) 881-6800
> (301) 770-3927 – FAX

on this 17th day of March, 2008.

> __s/Michael E. Gabel_____
> OF COUNSEL

Slw/722359