# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:07-CV-00022 (RBW) |
| FEDEX CORPORATE SERVS., INC., | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

For the reasons set forth in the consent motion to extend expert deadlines, it is this

_____ day of _____ 2008,

ORDERED, that the consent motion to extend the scheduling order is GRANTED, and it is further

ORDERED, that this Court will adopt the dates requested in the consent motion.

_____
Judge Reggie B. Walton
United States District Court for the
  District of Columbia