IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY PRATER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-00022 |
| | ) | |
| FEDEX CORPORATE SERVICES, INC. | ) | |
| | ) | |
| *Defendant.* | ) | |

### PLAINTIFF AND STEWART ASSOCIATES' OBJECTION TO SUBPOENA PURSUANT TO FED. R. CIV. P. 45(c)(2)(B)

Plaintiff, Anthony Prater, and Stewart Associates, LLC have received defendant's Rule 45 Subpoena mailed to this law firm and served on Stewart Associates on or about March 14, 2008, requesting that documents be produced on or about March 31, 2008. The subpoena requests records relating to Stewart Associates, Mr. Prater and documents relating to purported employees of Stewart-with no bearing on or relevant to Mr. Prater's lawsuit.

Pursuant to Rule 45(c)(2)(B), Mr. Prater and Stewart hereby serve their written objections to defendant's subpoena.

Defendant has previously requested all documents relating to plaintiff Anthony Prater and his relationship to Stewart in discovery requests. Prater and Stewart have already produced their non-privileged responsive documents to defendant. Therefore, this subpoena is duplicative of prior requests and unduly burdensome. In addition, to the extent that the subpoena seeks documents protected from disclosure by the attorney-client privilege and/or work product doctrine, Stewart and Prater object to producing such privileged documents.

For these reasons, Prater and Stewart object to defendant's subpoena.

/s/
Mindy G. Farber, Esq. (D.C. Bar # 375104)
Farber Legal, LLC
One Central Plaza
11300 Rockville Pike, Ste. 808
Rockville, MD 20852
(301) 881-6800

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing pleading has been served via electronic filing and first-class mail and on this 26th day of March, 2008 to the following address:

>Michael E. Gabel
>FedEx Legal Department
>3620 Hacks Cross Road
>Bldg. B, 2nd Floor
>Memphis, Tennessee 38125