IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00022(RBW) |
| ) | |
| FEDEX CORPORATE SERVICES., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiff, Anthony Prater, and defendant, FedEx Corporate Services, Inc. ("FedEx Services"), pursuant to Fed. R. Civ P. 16(b) and L.Cv.R 16.4, respectfully move this Court to extend the deadline for factual discovery in this matter for one month to May 30, 2008.

Neither party would be prejudiced by this extension, as it allows sufficient time for the completion of discovery, and does not impact the other existing deadlines for this matter.

Respectfully submitted,                                  Respectfully submitted

_____/s/_____                                        _____/s/_____
Michael E. Gabel (pro hac vice)                          Mindy G. Farber Esq.
Edward J. Efkeman (D.C. Bar # 479545)                    (D.C. Bar # 375104)
FedEx Legal Department                                   Farber Legal, LLC
3620 Hacks Cross Road                                    One Central Plaza
Bldg. B, 2nd Floor                                       11300 Rockville Pike Suite 808
Memphis, Tennessee 38125                                 Rockville, MD 20852
(901) 434-8600                                           (301) 881-6800
(901) 434-4523 Fax                                       (301) 770-3917 Fax

*Attorneys for Defendant*                                *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY PRATER | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) Civil Action No. 1:07-CV-00022 (RBW) |
|  | ) |
| FED EX CORPORATE SERVICES., INC., | ) |
|  | ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the consent motion to extend discovery deadlines, it is this

_____ day of _____ 2008,

ORDERED, that the consent motion to extend the discovery deadline is GRANTED, and it is further

ORDERED, that this Court will adopt the date requested in the consent motion.

_____
Judge Reggie B. Walton
United States District Court for the
   District of Columbia