IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00022 (RBW) |
| ) | |
| FED EX CORPORATE SERVS., INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXTEND EXPERT DEADLINES

Plaintiff, Anthony Prater, by his attorneys, Farber Legal LLC., pursuant to Fed. R. Civ. P. 16(b) and L.Cv.R 16.4, respectfully moves this Court to extend the deadlines for expert reports and expert discovery for one month, and in support thereof states as follows:

1. The current deadline for proponent expert reports in this matter was (or about) April 17, 2008. Expert discovery is to close on June 2, 2008.

2. Mr. Prater has contacted and retained an expert on vocational damages familiar with this Court, Dr. Richard Edelman. Mr. Prater was initially slowed down this winter and spring by the serious illness of his counsel, Mindy Farber, who is now on the mend. In addition, Dr. Edelman required a great deal of information from a few years back to the present, some of it only accessible from defendant Fed Ex, which took time for Mr. Prater to compile.

3. Mr. Prater is only seeking a brief continuance, to June 22, 2008, for Dr. Edelman to complete his report. Mr. Prater does not believe that any additional expert

reports will be coming from either side, since defendant has forwarded to Mr. Prater a report from its own vocational expert, Charles Smolkin.

4. Mr. Prater does not seek any other schedule modifications. If defendant needs any additional time as a result, Mr. Prater will endeavor to cooperate. Since there is no trial date set in this matter and Mr. Prater will work with defendant on any reasonable accommodations it seeks, there is no prejudice to defendant if this Court grants this brief continuance.

WHEREFORE, Mr. Prater respectfully requests that this Court grant this motion and allow him to submit his expert report no later than June 22, 2008.

Respectfully submitted,

FARBER LEGAL, LLC

_____/s/_____
Mindy G. Farber (Bar No. 375104)
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
Ph. (301) 881-6800
Fx. (301) 770-3927

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY PRATER                )
                              )
        Plaintiff             )
                              )
    v.                        ) Civil Action No. 1:07-CV-00022 (RBW)
                              )
FED EX CORPORATE SERVS., INC.,)
                              )
        Defendant.            )

## ORDER

For the reasons set forth in the motion to extend expert deadlines, it is this _____ day of _____ 2008,

ORDERED, that the motion to extend expert deadlines is GRANTED.

_____
Judge Reggie B. Walton
United States District Court for the
District of Columbia