IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY PRATER,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00022 |
| ) | |
| **FEDEX CORPORATE SERVICES, INC.** ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant FedEx Corporate Services, Inc., pursuant to Fed. R. Civ. P. 56, moves for summary judgment on all claims brought by plaintiff Anthony Prater. Plaintiff's claim of race discrimination under Title VII fails because Plaintiff cannot establish that the decision to terminate him was in any way based on race, as the only other sales person with a comparable performance record in the Government Sales department was also terminated, and that other employee was Caucasian. In addition, Plaintiff admits that he was treated professionally at all times by his manager, so he was not the victim of harassment on the basis of his race.

The facts and law supporting this motion are stated more particularly in the accompanying memorandum in support and its exhibits.

Respectfully submitted,

 s/ Michael E. Gabel
Michael E. Gabel  (pro hac vice)
Edward J. Efkeman (D.C. Bar #479545)
FedEx Legal Department
3620 Hacks Cross Road
Bldg. B, 2nd Floor

Memphis, Tennessee  38125
(901) 434-8600
(901) 434-4523 Fax
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing pleading has been served via the Court's e-filing system on this  _30th_____ day of June, 2008 to the following address:

Mindy G. Farber
*Farber Legal, LLC*
11300 Rockville Pike
One Central Plaza, Suite 808
Rockville, Maryland 20852
(301) 881-6800
(301) 770-3927 fax


    _s/ Michael E. Gabel_____
    OF COUNSEL

737463

2