IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **ANTHONY PRATER,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00022 |
| ) | |
| **FEDEX CORPORATE SERVICES, INC.** ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

_____

**DEFENDANT'S MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL**
_____

Defendant FedEx Corporate Services, Inc., pursuant to Local Rule 5.1 (j), moves for leave to file under seal certain exhibits to Plaintiff's deposition that are cited in support of Defendant's motion summary judgment. As grounds for this motion, Defendant states that Exhibits 17 and 18 to Plaintiff's deposition contain confidential and proprietary financial and business information of FedEx Services that could damage the business interests of FedEx Services if these documents were made public. This Court has previously entered a protective order (court doc. 18) that requires the parties to protect the confidentiality of such sensitive information, but that order would be undermined if the information is made part of the public court record.

Pursuant to Local Rule 5.4 (e), the referenced documents will be filed with the clerk's office in paper form along with a Notice of Filing.

Counsel for Defendant has attempted to confer with counsel for Plaintiff regarding this motion, but was unable to reach counsel for Plaintiff on the filing date. However, counsel for

Defendant would not anticipate any opposition to this motion, as the parties jointly requested the protective order discussed above.

Wherefore, Defendant respectfully requests that it be allowed to file Exhibits 17 and 18 to Plaintiff's deposition under seal. Defendant requests such other relief as the Court deems appropriate.

Respectfully submitted,

 s/ Michael E. Gabel
Michael E. Gabel  (pro hac vice)
Edward J. Efkeman (D.C. Bar #479545)
FedEx Legal Department
3620 Hacks Cross Road
Bldg. B, 2nd Floor
Memphis, Tennessee  38125
(901) 434-8600
(901) 434-4523 Fax
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing pleading has been served via the Court's e-filing system on this  30th     day of June, 2008 to the following address:

Mindy G. Farber
*Farber Legal, LLC*
11300 Rockville Pike
One Central Plaza, Suite 808
Rockville, Maryland 20852
(301) 881-6800
(301) 770-3927 fax

 s/ Michael E. Gabel
OF COUNSEL

738260

2