IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER,                )<br>                                                )<br>        *Plaintiff*,                          )<br>                                                )<br>v.                                            )<br>                                                )<br>FEDEX CORPORATE SERVICES, INC. )<br>                                                )<br>        *Defendant*.                     )<br>                                                ) | Case No. 1:07-cv-00022 |

**NOTICE OF PLAINTIFF'S CONSENT TO MOTION TO SEAL EXHIBITS**

Counsel for Defendant, FedEx Corporate Services, Inc., states that counsel for Plaintiff, Anthony Prater, has indicated she does not oppose the Motion to Seal Confidential Exhibits to Defendant's Memorandum in Support of Its Motion for Summary Judgment (Docket #28).

                                        Respectfully submitted,

                                         _s/ Michael E. Gabel_____
                                        Michael E. Gabel  (pro hac vice)
                                        Edward J. Efkeman (D.C. Bar #479545)
                                        FedEx Legal Department
                                        3620 Hacks Cross Road
                                        Bldg. B, 2nd Floor
                                        Memphis, Tennessee  38125
                                        (901) 434-8600
                                        (901) 434-4523 Fax
                                        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing pleading has been served via the Court's e-filing system on this __2nd_____ day of July, 2008 to the following address:

Mindy G. Farber
*Farber Legal, LLC*
11300 Rockville Pike
One Central Plaza, Suite 808
Rockville, Maryland 20852
(301) 881-6800
(301) 770-3927 fax

                                         _s/ Michael E. Gabel_____
                                         OF COUNSEL

738554