IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PRATER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-00022 (RBW) |
| ) | |
| FED EX CORPORATE SERVS., INC., ) | |
| ) | |
| Defendant. ) | |

### CONSENT MOTION TO EXTEND DEADLINES

Plaintiff, Anthony Prater, by his attorneys, Farber Legal LLC, pursuant to Fed. R. Civ. P. 16(b) and L.Cv.R 16.4, respectfully moves this Court to extend: 1) the deadline for submission of the opposition to the motion for summary judgment; 2) the reply brief, and 3) the November 11, 2008 date for the pretrial conference. In support Mr. Prater states as follows:

1. Counsel for plaintiff and defendant have agreed that plaintiff will submit his opposition to defendant's motion for summary judgment by September 12, 2008.

2. Plaintiff's counsel has just suffered the death of her mother-in-law, and greatly appreciates the brief extension of time. In return plaintiff has agreed to provide defendant with an additional 14 days to submit its reply to his opposition.

3. Both sides agree to a continuance of the November 11, 2008 pre-trial conference, since counsel for defendant is anticipating the birth of his first child on or about November 17, 2008.

4. Neither party seeks any other schedule modifications. Since there is no trial date set in this matter and both parties will work with each other on any reasonable accommodations either seeks, there is no prejudice to defendant if this Court grants this brief continuance.

5. Counsel for both parties, under L CvR 7.1 (m) met and conferred by e-mail to address this continuance on August 25, 2008 and were able to come to this agreement.

WHEREFORE, Mr. Prater respectfully requests that this Court grant this motion.

Respectfully submitted,

FARBER LEGAL, LLC

_____/s/_____
Mindy G. Farber (Bar No. 375104)
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
Ph. (301) 881-6800
Fx. (301) 770-3927

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY PRATER )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FED EX CORPORATE SERVS., INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-CV-00022 (RBW) |

### ORDER

For the reasons set forth in the consent motion to extend deadlines, it is this

_____ day of _____ 2008,

ORDERED, that the consent motion to extend deadlines is GRANTED.


                                                Judge Reggie B. Walton
                                                United States District Court for the
                                                     District of Columbia